CAUSE NO. A-209040

| | | |
|---|---|---|
| MARIA ISABEL RAMIREZ, MANUEL RAMIREZ, SR., EACH INDIVIDUALLY & AS REPRESENTATIVES OF THE ESTATE OF MAUEL RAMIREZ, JR.; AMISADAI PEREZ CASTELLANOS ANF OF Z___, A MINOR AND SYLVIA GOMEZ ANF OF N___ AND E____, A MINOR. | § § § § § § § § § § § § § | IN THE DISTRICT COURT OF

JEFFERSON COUNTY, TEXAS |
| VS. | | |
| RCI HOSPITALITY HOLDINGS AND CITY OF BEAUMONT | | 58th JUDICIAL DISTRICT |

## NOTIFICATION OF PETITION TO REMOVE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, CITY OF BEAUMONT, Defendant in the above-styled and numbered cause, and files this, their Notification of Petition to Remove, and would show the Court the following:

I.

Plaintiff's Petition purportedly alleges violations of the federal constitution and seeks relief pursuant to 42 U.S.C. §1983. Pursuant to the provisions of 28 U.S.C. §1441, removal of an action from state court to federal court is authorized if the claim[s] arise under the laws of the United States. Attached hereto as Exhibit A is a copy of the Petition for Removal of this action that has been or will be filed with the United States District Court for the Eastern District of Texas, Beaumont Division.

Respectfully submitted,

/s/ Sharae N. Reed
_____

Sharae N. Reed
City Attorney
P. O. Box 3827
Beaumont, Texas  77704
Sharae.Reed@beaumonttexas.gov
(409)880-3715 (office)
(409)880-3121 (telefax)
State Bar No. 24068467

ATTORNEY FOR DEFENDANTS,
City of Beaumont

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing has been transmitted to all known counsel of record on this the 2nd day of February, 2022, by the following method:

        ____United States Postal Service, Certified Mail, Return Receipt Requested;
        ____Hand-Delivery;
        ____Federal Express;
        ____Telefacsimile;
        _x_ E-File.

                                                /s/ Sharae N. Reed

                                                Sharae N. Reed

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| MARIA ISABEL RAMIREZ, MANUEL RAMIREZ, SR., EACH INDIVIDUALLY & AS REPRESENTATIVES OF THE ESTATE OF MAUEL RAMIREZ, JR.; AMISADAI PEREZ CASTELLANOS ANF OF Z___, A MINOR AND SYLVIA GOMEZ ANF OF N___ AND E____, A MINOR. § § § § § § § § § | Civil Action No. _____ |
| VS. § § | |
| RCI HOSPITALITY HOLDINGS AND CITY OF BEAUMONT § § | |

## PETITION FOR REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, the CITY OF BEAUMONT, and file this, their Petition for Removal of an action styled <u>Maria Isabel Ramirez, et al v. RCI Hospitality Holdings and City of Beaumont</u>, Cause Number A-209040[1], presently pending in the District Court of Jefferson County, Texas, 58th Judicial District, to the United States District Court for the Eastern District of Texas, Beaumont Division, and, as grounds therefore, would show the Court the following:

1. The City of Beaumont was served on January 4, 2022.

2. Attached hereto and incorporated by reference herein are the Civil Docket Sheet for the above-referenced case, Defendant's Original Answer to Plaintiffs' Original Petition and Jury Demand and Plaintiffs' Original Petition.

---

[1] The City has also filed a Motion to Server and requested that a new number be assigned to this case.

EXHIBIT A

3. Plaintiffs' Petition purports to state claims and seek relief arising under the laws of the United States, namely 42 U.S.C. §1983. As such, these purported federal claims are among those for which this Court has jurisdiction pursuant to the provisions of 28 U.S.C §1441.

4. In satisfaction of the notice requirement of 28 U.S.C. §1446(d), Petitioner is contemporaneously filing a copy of this instrument with Honorable W. Kent Walston, 58th Judicial District Court, and forwarding a copy of same Plaintiff.

WHEREFORE, PREMISES CONSIDERED, Petitioner requests an evidentiary hearing be held promptly, that the above styled cause be removed to the United States District Court, that the state court be notified of the removal of said cause and for all such further relief to which Petitioner shows himself entitled.

Respectfully submitted,

/s/ Sharae N. Reed

_____

Sharae N. Reed
City Attorney
P. O. Box 3827
Beaumont, Texas   77704
Sharae.Reed@beaumonttexas.gov
(409)880-3715 (office)
(409)880-3121 (telefax)
State Bar No. 24068467

ATTORNEY FOR DEFENDANTS,
City of Beaumont

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been transmitted to all known counsel of record on this the 2nd day of February, 2022, by the following method:

____United States Postal Service, Certified Mail, Return Receipt Requested;
____Hand-Delivery;
____Federal Express;
____Telefacsimile;
__x__E-File.

/s/ Sharae N. Reed

_____
Sharae N. Reed